It is ORDERED that the petition for certification is granted.

157 A.3d 854

EUNHYUK DO AND MIN HEE KIM, PLAINTIFFS-PETITIONERS, v. HYOUNGSUK KANG AND KYUNGWON LEE, DEFENDANTS-RESPONDENTS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005966–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 854

ATINSOLA MARTINS, PLAINTIFF–PETITIONER, AND LOLA MARTINS, PLAINTIFF, v. MATHEW K. HEITZENRATER AND MCCAULEY TRUCKING, DEFENDANTS–RESPONDENTS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004699–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.